IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

    v.                                                    **Criminal No. 07-491 (ADC)**

GERONIMO ROSARIO-MAYSONET,
    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Chief Magistrate-Judge Justo Arenas on May 8, 2008. (**Docket No. 27**). In said Report and Recommendation the Chief Magistrate-Judge recommends that: defendant **Gerónimo Rosario-Maysonet** be adjudged guilty of the offenses charged in Counts One and Two (17 U.S.C. § 506(a)(1) and 18 U.S.C. § 2319(b)(1); 18 U.S.C. § 2318 (a) and (c)(1)) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Counts One and Two of the indictment in the above-captioned case.

**The sentencing hearing is set for August 19, 2008 at 4:30 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 16th day of May, 2008.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**